UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC N. BUSSIERE,

    Plaintiff,

v.    Case No: 8:11-cv-1566-T-30AEP

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER OF DISMISSAL

THIS COURT entered an Order (Dkt. #14) on May 14, 2012, directing the Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff was ordered to file his Show Cause Response by May 29, 2012. Plaintiff has failed to do so. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of June, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-1566 dismissal.docx